IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER SHANE LANGSTON,

        Plaintiff,                No. 2:11-cv-1478 JFM (PC)

    vs.

WILLIAM A. MALLOY, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). <u>See</u> Consent filed June 17, 2011.

        By order filed June 10, 2011, plaintiff was directed to file, within thirty days, a new in forma pauperis application and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff was cautioned that failure to comply with that order might result in the dismissal of this action. The thirty day period has now expired, and plaintiff has not filed an in forma pauperis application or otherwise responded to the court's order.

/////

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 28, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

12
lang1478.fifp